UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE ANNUITY, PENSION, WELFARE and TRAINING
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 14-14B, AFL-CIO by its TRUSTEES
EDWIN L. CHRISTIAN, CHRIS CONFREY, JOHN CRONIN,
ALFRED GEROSA, FRANCIS P. DIMENNA, JOHN HYERS,
DANIEL NOESGES and JOHN F. O'HARE and JOHN and
JANE DOE, Beneficiaries of the ANNUITY, PENSION,
WELFARE and TRAINING FUNDS of the INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 14-14B,
AFL-CIO,

**DEFAULT JUDGMENT**

CV-06-2833 (ARR) (MDG)

Plaintiffs,

-against-

CIRCLE CARPENTRY LLC,

Defendant.
-----------------------------------------------------------------X



This action having been commenced on June 6, 2006 by the filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been personally served on

Defendant CIRCLE CARPENTRY LLC on June 28, 2006, by a Process Server, personal service

on Michele Coppolo, the corporate secretary of CIRCLE CARPENTRY LLC, and proof of

service having been filed on June 30, 2006 through the ECF System, and Defendant CIRCLE

CARPENTRY LLC not having answered the Complaint, and the time for answering the

Complaint having expired, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Plaintiffs have judgment against

Defendant CIRCLE CARPENTRY LLC in the principal amount of $12,954.75, liquidated

damages in the amount of $2,590.00, with interest at 6.0% as prescribed by the Trust Funds' Plan

Documents from April 1, 2006 through July 21, 2006 in the amount of $260.00, together with the

costs and disbursements of this action in the amount of $452.50, attorneys' fees in the amount of $1,437.50, for a total liquidated amount of $17,694.75; and it is further

**ORDERED** that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant CIRCLE CARPENTRY LLC and the Clerk of the Court is directed to enter such Judgment forthwith.

Dated: Brooklyn, New York
~~July~~ ___, 2006
August 14,

SO ORDERED:/

_____
**Allyne R. Ross, U.S.D.J.**

Judgment Entered:

_____
Clerk
By: _____